No. 02–604. ARIA ET AL. v. UNITED STATES, ON ITS OWN BEHALF AND FOR THE BENEFIT OF THE FORT MOJAVE INDIAN

Tribe. C. A. 9th Cir. Certiorari denied.